UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THAI EATERY LLC,<br><br>　　　　Defendant. | Case No: 21-cv-07093 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

　　　Having received notice of the settlement of this action, <u>see</u> Dkt. 12, and it appearing that no issue remains for the Court's determination,

　　　IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.  In the event that the settlement is not realized, any party may move to reopen the case and pretrial dates will be set, provided such motion is filed within sixty (60) days of the date this Order is filed.

　　　IT IS SO ORDERED.

Dated: November 29, 2021

